# EXHIBIT A

## Exhibit A (Anadelia Contreras)

| Week | Av. Hours/Wk. | Hours Over 40 | Hrly. Wage | MW/Hr. | Unpaid MW | Unpaid OT | FLSA Liquidated | IMWL Treble |
|---|---|---|---|---|---|---|---|---|
| 8/29/2021 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 9/5/2021 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 9/12/2021 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 9/19/2021 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 9/26/2021 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 10/3/2021 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 10/10/2021 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 10/17/2021 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 10/24/2021 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 10/31/2021 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 11/7/2021 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 11/14/2021 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 11/21/2021 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 11/28/2021 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 12/5/2021 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 12/12/2021 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 12/19/2021 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 12/26/2021 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 1/2/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 1/9/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 1/16/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 1/23/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 1/30/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 2/6/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 2/13/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 2/20/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 2/27/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 3/6/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 3/13/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 3/20/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 3/27/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 4/3/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 4/10/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 4/17/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 4/24/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 5/1/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 5/8/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 5/15/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 5/22/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 5/29/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 6/5/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 6/12/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 6/19/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 6/26/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 7/3/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 7/10/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 7/17/2022 | 69 | 29 | $23.00 | $0.00 | $0.00 | $333.50 | $333.50 | $1,000.50 |
| 7/24/2022 | 53 | 13 | $23.00 | $0.00 | $0.00 | $149.50 | $149.50 | $448.50 |
| 7/31/2022 | 53 | 13 | $23.00 | $0.00 | $0.00 | $149.50 | $149.50 | $448.50 |
| 8/7/2022 | 53 | 13 | $23.00 | $0.00 | $0.00 | $149.50 | $149.50 | $448.50 |
| 8/14/2022 | 53 | 13 | $23.00 | $0.00 | $0.00 | $149.50 | $149.50 | $448.50 |
| 8/21/2022 | 53 | 13 | $23.00 | $0.00 | $0.00 | $149.50 | $149.50 | $448.50 |
| 8/28/2022 | 53 | 13 | $23.00 | $0.00 | $0.00 | $149.50 | $149.50 | $448.50 |
| 9/4/2022 | 53 | 13 | $23.00 | $0.00 | $0.00 | $149.50 | $149.50 | $448.50 |
| 9/11/2022 | 53 | 13 | $23.00 | $0.00 | $0.00 | $149.50 | $149.50 | $448.50 |
| 9/18/2022 | 53 | 13 | $23.00 | $0.00 | $0.00 | $149.50 | $149.50 | $448.50 |
| 9/25/2022 | 53 | 13 | $23.00 | $0.00 | $0.00 | $149.50 | $149.50 | $448.50 |
| 10/2/2022 | 53 | 13 | $23.00 | $0.00 | $0.00 | $149.50 | $149.50 | $448.50 |
| 10/9/2022 | 53 | 13 | $23.00 | $0.00 | $0.00 | $149.50 | $149.50 | $448.50 |
| 10/16/2022 | 53 | 13 | $23.00 | $0.00 | $0.00 | $149.50 | $149.50 | $448.50 |
| 10/23/2022 | 53 | 13 | $23.00 | $0.00 | $0.00 | $149.50 | $149.50 | $448.50 |
| 10/30/2022 | 53 | 13 | $23.00 | $0.00 | $0.00 | $149.50 | $149.50 | $448.50 |
| 11/6/2022 | 53 | 13 | $23.00 | $0.00 | $0.00 | $149.50 | $149.50 | $448.50 |
| TOTALS: | | | | | | $18,066.50 | $18,066.50 | $54,199.50 |