IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Anadelia Contreras, | Plaintiff(s) | |
| | VS. | |
| | | Court No.: 1:23-cv-830 |
| Peke's Pozole, Corp. and Jonathan Macedo | | |
| | Defendant(s) | |

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I, <u>James Anderson</u>, depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117.001465 appointed by the court to serve process in the above referenced case. Following are the results of my efforts to serve process in the above captioned case:

Type of Process: <u>Summons In a Civil Case and Complaint</u>

Defendant to be served: <u>Peke's Pozole, Corp.</u>

ADDRESS WHERE ATTEMPTED OR SERVED: <u>r/a Jonathan Macedo, 4720 S. Pulaski Rd., Chicago, IL, 60632</u>

I **NON-SERVED** the within named defendant on: <u>3/2/2023 5:40 PM</u>

**X NON-SERVICE** after due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of following reason(s): <u>Attempts were made at this address; however no contact could be made with the defendant at this address. F/His/30's stated the defendant is not in the restaurant at this time. Server has left ph# but has never received a return call.</u>

Attempts Made: 2/14/2023 4:02 PM F/His/30's defendant is not in at this time. , 2/16/2023 11:59 AM F/His/30's defendant is not in at this time., 2/20/2023 8:49 PM Business is closed. , 2/21/2023 8:10 AM F/His/30's defendant is not in at this time., 2/23/2023 5:02 PM F/His/30's defendant is not in at this time., 2/25/2023 6:17 PM F/His/30's defendant is not in at this time., 2/26/2023 5:18 PM Defendant is not in the restaurant at this time. , 3/2/2023 5:18 PM F/His/30's defendant is not in the restaurant at this time. , 3/2/2023 5:40 PM Attempts were made at this address; however no contact could be made with the defendant at this address. F/His/30's stated the defendant is not in the restaurant at this time. Server has left ph# but has never received a return call.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Electronically signed by: James Anderson

3/6/2023 9:07:06 PM UTC
592d4e39-918d-49d7-96d0-cb54e8edc842

James Anderson
Printed Name
Process Server
Title



889197_4156681_0_23__V4

Page 1 of 1

File Number: 2JL021023
Reference Number: 4156681
Case Number: 1:23-cv-830
Client: Justicia Laboral, LLC
Doc Generated: 03/06/2023 01:40:49:785 PM