IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Anadelia Contreras, <br><br> Plaintiff, <br><br> v. <br><br> and <br><br> Peke's Pozole, Corp. and <br> Jonathan Macedo, <br><br> Defendants. | Case No. 23-CV-830 |

## STATUS REPORT REGARDING SERVICE OF PROCESS

Plaintiff, by and through their attorney, Daniel I. Schlade, submits the following statue report and states:

This is case for unpaid overtime under the Fair Labor Standards Act and Illinois Minimum Wage Law. Plaintiff's special process server has not been able to serve Defendants, however, Defendants have notice of the lawsuit. Specifically, Defendants have retained counsel and counsel for the Parties are actively engaged in settlement negotiations. On March 16, 2023, Plaintiff's counsel sent Defendants' counsel notices of the claim and waivers of service. To date, Defendants' counsel has stated that he will not agree to waive service because he prefers to focus on settlement, but that he may agree to waive service in the future. Plaintiff's counsel intends to spend a brief amount of time continuing with settlement talks, and Plaintiff will pursue alternative service (and seek costs) if necessary.

**Plaintiff**

s/Daniel I. Schlade
Counsel For Plaintiff
Justicia Laboral, LLC
6232 N. Pulaski, #300
Chicago, IL 60646
773-550-3775
dschlade@justicialaboral.com