IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Anadelia Contreras,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>　　　　　　and<br><br>Peke's Pozole, Corp. and<br>Jonathan Macedo,<br><br>　　　　Defendants. | Case No. 23-CV-830 |

## **STIPULATION TO DISMISS**

This matter coming to be heard pursuant to agreement between Plaintiff and Defendants; the Parties stipulates that the above captioned lawsuit shall be dismissed in its entirety with without prejudice, with all Parties to bear their own costs, and all pending court dates to be stricken. This dismissal without prejudice shall convert to with prejudice on August 30, 2023 unless either party moves to reinstate the case or files a motion to enforce the settlement. The Parties consent and agree that the Dismissal Order shall not act as a bar to enforcement of any settlement agreement between the parties in any court of competent jurisdiction. The Parties further consent and agree that this Stipulation to Dismiss shall not be a violation of any confidentiality or non-disparagement provision agreed to between the Parties.

**Plaintiffs**

s/Daniel I. Schlade
Justicia Laboral, LLC
6232 N. Pulaski, #300
Chicago, IL 60646
773-550-3775
dschlade@justicialaboral.com