## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Anadelia Contreras

                          Plaintiff,

v.                                          Case No.: 1:23−cv−00830

                                                     Honorable Ronald A. Guzman

Peke's Pozole, Corp., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 4, 2023:

       MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to the stipulation to dismiss filed by Plaintiff, which under the circumstances is consistent with a dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), this matter is dismissed without prejudice. If a timely motion to reinstate is not brought before 8/30/2023, the dismissal shall automatically convert to a with−prejudice dismissal on 8/30/2023. All pending dates and schedules are stricken. Civil case terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.